1  STEVEN A. ELLIS (SBN 171742)
   *sellis@goodwinprocter.com*
2  SHANNA M. RAMSOWER (SBN 272430)
   *sramsower@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   601 S Figueroa St., 41st Floor
4  Los Angeles, California  90017
   Tel.:  213.426.2500
5  Fax:  213.623.1673

6  ALISON M. NORRIS (SBN 248711)
   *anorris@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   4365 Executive Drive, 3rd Floor
8  San Diego, CA 92121
   Tel. 858.202.2700
9  Fax 858.457.1255

10 Attorneys for Defendants:
   *Bank of America, National Association;*
11 *Mortgage Electronic Registration Systems, Inc.* (erroneously sued as
12 Mortgage Electronic Registration Systems); *ReconTrust Company,*
13 *National Association,* and *Countrywide Home Loans, Inc.* (erroneously sued as
14 Countrywide Home Loans)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ANAHIT TOROSYAN, an individual, | Case No. CV 11-9629-GW(Ex) |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | Courtroom: 10 (Spring) |
| BANK OF AMERICA, NATIONAL ASSOCIATION, a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation; TINA SEVILLANO, an individual; RECONTRUST COMPANY, NATIONAL ASSOCIATION, a corporation; COUNTRYWIDE HOME LOANS, a corporation; and DOES 1 though 50, inclusive, | Judge:  Hon. George H Wu<br>312 N. Spring Street<br>Los Angeles, CA  90012 |
| Defendants. | |

LIBW/1817924.1

## **JUDGMENT OF DISMISSAL**

On February 9, 2012, this Court entered an Order granting the Motion to Dismiss of Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., and Countrywide Home Loans, Inc. in its entirety. The Court allowed Plaintiff Anahit Torosyan ("Plaintiff") leave to amend her cause of action for a violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605. Plaintiff has had more than thirty (30) days in which to submit a First Amended Complaint, but she has not done so. Therefore, pursuant to the Court's Order of Dismissal:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety as to all Defendants. The Court ORDERS that such judgment be entered.

**IT IS SO ORDERED.**

Dated: April 3, 2012

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

LIBW/1817924.1

1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S Figueroa St., 41st Floor, Los Angeles, CA 90017.

On **April 4, 2012**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**[PROPOSED] JUDGMENT OF DISMISSAL**

| | |
|---|---|
| Armen Janian<br>LAW OFFICES OF ARMEN JANIAN AND ASSOCIATES<br>620 North Brand Blvd., Suite 550<br>Glendale, CA 91202 | Counsel for Plaintiff: *Anahit Torosyan*<br>Tel. 818.334.6701<br>Fax. 818.541.3737<br>armen@armenjanian.com |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **April 4, 2012**, at Los Angeles, California.

    Arianne Waldron
    (Type or print name)               (Signature)